# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| ORZY LATIPOV and UMAR NAZAROV, individually and on behalf all others similarly situated, | ) ) ) ) | Civil Action No. 1:23-cv-01859 |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| AN ENTERPRISE, INC. and KOSTADINKA ZAGORSKA, | ) ) ) |  |
| Defendants. | ) |  |

## JOINT STATUS REPORT

In accordance with this Court's Order (Dkt. 151), Plaintiffs Orzy Latipov and Umar Nazarov, and Defendants AN Enterprise, inc. and Kostadinka Zagorska, through their respective counsel, hereby submit this joint status report.

Plaintiffs' counsel has provided, in accordance with the Court's order, the additional documents that remained outstanding from Opt-in Plaintiff Thompson.

No other discovery remains outstanding.

Dated: February 19, 2025

/s/ Olena Savytska
Harold L. Lichten (*pro hac vice*)
Olena Savytska (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Ste. 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

1

        Bradley Manewith, IARDC # 6280535
        Lichten & Liss-Riordan, P.C.
        500 Lake Cook Rd., Suite 350
        Deerfield, IL 60015
        Tel. (617) 994-5800
        Fax (617) 994-5801
        bmanewith@llrlaw.com

        *Counsel for Plaintiffs and the Proposed Class and Collective*

        _/s/_Ryan A. Mahoney_____
        Matthew P. Barrette
        (Ill. ARDC No. 6274523)
        Ryan A. Mahoney
        (Ill. ARDC No. 6275418)
        BLITCH WESTLEY BARRETTE, S.C.
        1550 Spring Road, Suite 120
        Oak Brook, Illinois 60523
        TEL: (312) 283-4220
        MBarrette@bwesq.com
        RMahoney@bwesq.com

        *Counsel for Defendants*